UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Eddie James Thomas,<br><br>              Plaintiff,<br><br>   v.<br><br>State of Nevada, et al.,<br><br>             Defendants. | Case No. 2:25-cv-02232-JAD-DJA<br><br>**Order** |

      This matter is before the Court on *pro se* Plaintiff Eddie James Thomas' application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 1). However, under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] Plaintiff's application is on a form apparently provided by the Northern Nevada Correctional Center and Lovelock Correctional Center. But Plaintiff claims to be incarcerated at the Southern Desert Correctional Center. Plaintiff's application is also missing a certificate from the institution certifying the amount of funds in his inmate trust account and the net deposits in the account for the past six months as required by LSR 1-2, likely because he did not fill out the Court's form. The Court will therefore deny the motion (ECF No. 1) and require Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

      **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1       **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff
2  a copy of this order and the application to proceed *in forma pauperis* by an inmate and its
3  accompanying instruction packet.[2]

4       **IT IS FURTHER ORDERED** that Plaintiff shall have until **December 19, 2025,** to
5  either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.
6  § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee
7  plus the $55 administrative fee.  **Plaintiff is advised that failure to comply with this order will**
8  **result in a recommendation to the district judge that the case be dismissed.**

10      DATED: November 19, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP.