**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Eddie James Thomas, | Case No. 2:25-cv-02232-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, | |
| Defendant. | |

Before the Court is pro se inmate Plaintiff Eddie James Thomas' motion to stay case. (ECF No. 5). In it, he explains that he has been provided conflicting information regarding how to file his application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee) from the Court and from the Southern Desert Correctional Center ("SDCC") law library. So, Plaintiff asks the Court for instructions regarding how to file his application to proceed *in forma pauperis* and to stay his case until he receives that instruction. The Court liberally construes Plaintiff's motion as one for clarification and to stay the case. The Court grants it in part regarding Plaintiff's request for clarification and denies it in part regarding his request to stay the case.

The confusion Plaintiff describes arises from the SDCC's inclusion in an *in forma pauperis* pilot program with the Nevada Department of Corrections ("NDOC"). The program originally started with the Northern Nevada Correctional Center ("NNCC") and expanded to the Lovelock Correctional Center ("LCC"). Through that program, inmates fill out a new three-page application which authorizes the NDOC to file a copy of the inmate's trust fund account statement for the last six months directly with the Court. The program is intended to alleviate the need for an inmate to obtain their financial certificate and trust fund account statement, which process can be lengthy. The program expanded to the SDCC, amongst other facilities, starting December 1, 2025.

In this case, Plaintiff filed his application to proceed *in forma pauperis* on November 12, 2025, before the pilot program expanded to SDCC. (ECF No. 1). The Court denied the application on November 19, 2025. (ECF No. 3). It explained that the form Plaintiff filled out was intended for the NNCC and LCC not the SDCC and that Plaintiff did not include a financial certificate and trust fund account statement.

However, the pilot program is now effective at the SDCC. So, Plaintiff should fill out the new *in forma pauperis* form intended for the NNCC, LCC, SDCC, High Desert State Prison ("HDSP"), and Three Lakes Valley Conservation Camp ("TLVCC"). The Court will send Plaintiff a copy of this new *in forma pauperis* form. Plaintiff need not file a financial certificate or trust fund account statement because the new form includes a financial acknowledgement section which authorizes the agency having custody of him to file a copy of his trust fund account statement for activity covering the last six months. The Court will further extend the deadline by which Plaintiff must file a renewed application to proceed *in forma pauperis* on the form that the Court will send him.

///

///

///

1  **IT IS THEREFORE ORDERED** that Plaintiff's motion to stay the case (ECF No. 5) is **granted in part and denied in part.** It is granted in part regarding Plaintiff's request for clarification regarding the *in forma pauperis* application process. It is denied in part regarding Plaintiff's request for a stay.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff the following: (1) a copy of this order; and (2) a copy of the application to proceed *in forma pauperis* by an inmate incarcerated at NNCC, LCC, HDSP, SDCC, and TLVCC, rev. 12/1/2025.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **January 26, 2026,** to either file a fully complete application to proceed *in forma pauperis*, which includes pages 1-3 of the Court's approved form and is properly signed by Plaintiff on page 3 or to pay the full filing fee of $405. Plaintiff is cautioned that this action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

DATED: December 11, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE