# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Eddie James Thomas, | Case No. 2:25-cv-02232-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, | |
| Defendant. | |

Before the Court is pro se inmate Plaintiff Eddie James Thomas' application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 8). Plaintiff has filed his application months after the deadline for him to do so and has filed the wrong form despite the Court sending him the correct one. Given the apparent confusion Plaintiff experienced in filing his application while the Southern Desert Correctional Center ("SDCC") where he is incarcerated was transitioning to using the new Court *in forma pauperis* forms, the Court will give Plaintiff one last chance to file the correct *in forma pauperis* form.

Plaintiff originally filed an application to proceed *in forma pauperis* on November 12, 2025, on a form intended for the Northern Nevada Correctional Center ("NNCC") and the Lovelock Correctional Center ("LCC"). This was before the *in forma pauperis* pilot program—which program simplified the *in forma pauperis* process and form—had expanded to the SDCC on December 1, 2025. So, the Court denied the application. (ECF No. 3).

On December 8, 2025, Plaintiff sought clarification regarding which form he should use, explaining that he was receiving conflicting information. (ECF No. 5). The Court clarified that, at that point, the SDCC was part of the *in forma pauperis* program and sent Plaintiff the correct form to use. (ECF No. 6). In doing so, the Court gave Plaintiff until January 26, 2026, to file his application on the correct form. Plaintiff missed that deadline.

On March 12, 2026, Plaintiff re-filed his original application to proceed *in forma pauperis*, dated November 12, 2025, which application the Court had previously denied. (ECF No. 8). Plaintiff does not explain why he re-filed his original form—intended for NNCC and LCC—and not the form that the Court sent him.

The Court will therefore send Plaintiff the most current version of the *in forma pauperis* form. Plaintiff must file his application using this form. Plaintiff need not file a financial certificate or a trust fund account statement because the new form includes a financial acknowledgement section which authorizes the agency having custody of him to file a copy of his trust fund account statement for activity covering the last six months.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 8) is **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff the following: (1) a copy of this order; and (2) a copy of the application to proceed *in forma pauperis* by an inmate in the custody of the Nevada Department of Corrections. [1]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 22, 2026,** to either file a fully complete application to proceed *in forma pauperis*, which includes pages 1-3 of the Court's approved form and is properly signed by Plaintiff on page 3 or to pay the full filing fee of $405. Plaintiff is cautioned that this action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

DATED: April 22, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] As of December 8, 2025, the Court has created a new form application to proceed *in forma pauperis* by inmates in the custody of the Nevada Department of Corrections. Plaintiff must fill out and submit the new form. The form is on the Court's website at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP, Section IFP Form for NDOC Inmates.